# Order

Michigan Supreme Court
Lansing, Michigan

February 24, 2009

137442(81)

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

LAUREL A. KENDALL,
        Plaintiff-Appellant,

v

STATE BAR OF MICHIGAN and
THOMAS M. COOLEY LAW SCHOOL,
        Defendants-Appellees,
and

KAREN S. KIENBAUM &
ASSOCIATES and WAYNE STATE
UNIVERSITY LAW SCHOOL,
        Defendants.

SC: 137442
COA: 277330
Eaton CC: 07-000019-AS

_____/

      On order of the Court, the motion for reconsideration of this Court's November 25, 2008 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 24, 2009                               _____

p0217                                        Clerk